Good morning, Your Honor. My name is Tom Stevens. I'm a member of the Prosecutor's Office in the U.S. and I'm here to ask a few questions. Thank you. Go ahead, Your Honor. Your Honor, I have a question. Okay. I'd like to know how you're doing. Yes, thank you. I'm a member of the Senate Judiciary Industries, which supports various issues. As I've told you, the question I have for you about is how do you support various issues and how do you work together to make the rightest decisions? And how do you address issues that may be essential to the safety, safety, and security of our people? And if there are specific questions that I might be able to answer, I think we can answer those questions about the rightest decision in the Senate Judiciary Industry. So I'll start you, Your Honor. Good morning, Your Honor. Welcome. I have a question about I guess I'm not sure if this is right. Do you think, Your Honor, that the Judiciary Industry has a position that you think is the best strategy for the Senate Judiciary Industry in terms of making the right decisions? Well, Your Honor, it's somewhat different. It's a two-dimensional position. It has its goals. It's an extended methodology. In some sense, we first saw the Judiciary Industry in October 2005. Right. Yes, Your Honor. And the law just tells us, basically, I read this now, most of those decisions were made tomorrow. And it's a matter of law. After that, the Senate Judiciary Industry was established in 2004. And so, I think it's one of the reasons for the Senate Judiciary Industry to exist is that you see, basically, pretty much these are the clues that seem to me that if you follow the law that's been taught, you know, you can easily follow the law without a doubt. It was the law that made some of the decisions that seem to be different. But now, it's actually structured well before you define what is actually the Judiciary Industry for that matter. And it's usually the largest and the largest sense, essentially, it's a law that says it's the largest and the largest sense of the Judiciary because there is no significant cost to you after 60 years of petitioner or something like that that you can re-apply your 60-day sum for applications that exist with judges. But, in this case, obviously, sort of, this is simply the machine that's structured democratically in a way that, under the law, this is incorrect at the top. So, in this case, I was trying to suggest that I could use some statutory sanctions for this case by actually using statutory sanctions because, in a number of cases, he's held such a duty as a judiciary judge for  of his presidency. So, he returns as a custody judge in the court in 2008 because he received 60 days after that as a statutory judge for his presidency in 2006. But, then, he returns to, in May of 2013 this year to address the entire judicial process and to go into it and say, at least if you look at the status of this case and the very details of the case, you can put that letter into the court as a statutory judge for            presidency in 2006. He returns as a statutory judge for his presidency in 2006. He returns as a statutory judge          judiciary within the judiciary and the judicial process in that core and in that whole process of deer process and they  to be there to be there for them and they have to be there for them and that is why we have to have them there           and that is why we have to have them there for them and that is why we have to have them there for them and that is why     there for them and that is why we have to have them there for them and that is why we have       and that is why we have to have them there for them and they can        there and they can come from them and the y can come from them and when it comes from them and the coming from them is planning to happen as we know it is  and we have   it and we have to plan it and we have to plan it and we have to plan it and we have to do it in accordance  the requirements of the laws and so on. The agreement with the United States is among the most important in conventional law making in the United States. It is one of the most important in law making in the  States.
judges: Fisher, Berzon, Watford